# THE MANHATTAN LIFE INSURANCE COMPANY, RESPONDENT, v. ANNIE W. GLOVER, APPELLANT.

*Married women — mortgage foreclosure — validity of her bond — when obligee not entitled to judgment for deficiency on.*

APPEAL by defendant from a judgment against her for a deficiency on a mortgage foreclosure.

This action was brought to foreclose a mortgage given by the defendant, Annie W. Glover, and her husband, upon real estate belonging to her, and to enforce a joint bond of the husband and wife, to which the mortgage was collateral. A judgment for deficiency was rendered against her from which this appeal was taken.

The court at General Term said: " The complaint in this action contains no other allegation on the subject, than that Mrs. Glover and her husband executed the bond and mortgage described. It

does not appear, therefore, that the debt which was intended to be secured was created by her in or about carrying on a trade or business by her, or that the papers executed related to, or were made for the benefit of her separate estate, or that it was her intention to charge her separate estate generally. Under such circumstances, in accordance with the decisions relating to the obligations of married women, the plaintiffs were not entitled to a personal judgment against her for such deficiency as might arise upon sale of the property mortgaged. The mortgage and the bond must in other words be regarded as an appropriation only of so much of her estate as the mortgage covered. (*Manhattan Brass Co.* v. *Thompson*, 58 N. Y., 80; *Payne* v. *Burnham*, 62 id., 69.) The coverture sufficiently appears from the allegation of the complaint, that the defendant, Annie W. Glover, and Robert O. Glover, her husband, for the purpose of securing the payment of the sum named, executed and delivered to the plaintiff the bond and mortgage described."

*T. G. Barry*, for the appellant. *James O. Hoyt*, for the respondent.

Opinion by Brady, J. Davis, P. J., and Ingalls, J., concurred.

Judgment reversed with costs.